# *EXHIBIT "B"*

 **Vineeta Dhillon** likes this                    • • •

 **Dr. Helen Krug von Nidda** • 3rd+                    + Follow
Founder & Chief Executive Optimist | Executive Career Coach | Spea...
2mo • Edited • 🌐

What a week! Delighted to have been able to speak at not one, but two places on
Women x Leadership x Career Crossroads

Great to be in conversation at #SohoWorks discussing career moves from from
stuck to started, and have the opportunity to meet and mingle with so many
inspiring women **Aliya Thomas** and to join the panel hosted by **Cate Luzio** with
**Judy Schoenberg** 🦋 **Ola Wadibia** at **Luminary** - the beautiful co-working space.
We discussed the 4Rs - results, reputation, relationships and resume - four
essential pillars for career success.

If you missed either event but are facing your own career crossroads, my next 8-
week group coaching series will kick off at the end of January. Learn more: **with-
helen.com/careerboost**

**#networking #careerworkshop #careerchange #womensupportingwomen**

---

 **Vineeta Dhillon** reposted this                    • • •

 **San Francisco Bar Pilots**                    + Follow
2,530 followers
1mo • 🌐

Capt. Anne McIntyre, Business Director of the Bar Pilots, recently joined the
Women's International Shipping & Trading Association (WISTA) to speak to their
West Coast membership about her maritime career, including her experience as
the first female Columbia River pilot. WISTA is an international networking
organization whose mission is to attract and support women, at the management
level, in the maritime, trading and logistics sectors. You can learn more about their
organization here: **https://lnkd.in/eCMsKTk.**

---

 **Vineeta Dhillon** • 3rd+                    + Follow    • • •
Director, New Student & Parent Programs at California State...
2mo • 🌐

Women in Maritime Leadership Conference 2023 is inviting panelists with
experience in maritime and related fields for a session on -
Work-Life Balance in 2023 Maritime Workplace Culture
What does work-life balance in the maritime industry look like in the era of Zoom,
Slack, and 24/7 connectivity? How has the pandemic changed work-life balance
for women in seafaring and shoreside careers? Panelists will share their own
experiences coordinating career ascents, family, and personal interests and offer
advice for setting boundaries that support both productivity and well-being.
PLEASE SEND ME YOUR RESUME FOR CONSIDERATION.
Thank you!

👍 7                                                            1 repost

 Vineeta Dhillon likes this

• • •

Nooshin Behroyan • 3rd+

Chief Executive Officer at Paxon Energy & Infrastructure | Engineeri...

2mo • Edited • 🌐

+ Follow

TIME's 2022 Heroes of the Year goes to Women of Iran !!

These younger women are now in the streets. The movement they're leading is educated, liberal, secular, raised on higher expectations, and desperate for normality: college and foreign travel, decent jobs, rule of law, access to the Apple Store, a meaningful role in politics, the freedom to say and wear whatever.

So proud of our women. #womenofiran #LifeWomenFreedom



The Women of Iran Are TIME's 2022 Heroes of the Year



**Vineeta Dhillon** • 3rd+

Director, New Student & Parent Programs at California State...

2mo • 🌐

**+ Follow**   •••

We have moved our annual conference to kick off Women's History Month on March 1, 2023. Please mark your calendars!

Registration to open soon!

...see more

# SAVE THE DATE
## MARCH 1-2, 2023



2023

Women
in Maritime
Leadership

**CONFERENCE TOPICS**

| | |
|---|---|
| Grow.Transform.Lead | |
| Nexus between Vessels & Ship Agencies | March 1 |
| Creating Impactful Networks of Support | March 1 |
| Mental Wellbeing in Post-Pandemic Times | March 2 |
| Using your Voice & Making it Heard | March 2 |
| Equitable & Sustainable Maritime Future | March 2 |
| AND MORE... | |

👍❤️ 18

2 comments • 1 repost

 Vineeta Dhillon likes this

• • •

 Michele Barutha • 3rd+
Instructor at MITAGS- West; Second Mate at International Organiza...
3mo • 🌐

+ Follow

Glad to see **Women Offshore** interested in the Seattle area's Maritime HS.
**Tremain Holloway** putting in the work we should all be doing!

...see more

 Women Offshore
19,351 followers
3mo • 🌐

+ Follow

📬 🎙 In our latest **#womenoffshorepodcast**, episode 125, April Killian is back
on the podcast!

...see more





**Vineeta Dhillon** · 3rd+

Director, New Student & Parent Programs at California State...

3mo · 🌐

**+ Follow**   •••

The WML Planning Group has begun initial planning for the 12th annual Women in Maritime Leadership Conference. We are seeking presenters on leadership in the maritime world.



## Save the Date: March 3-4, 2023

**All Alumni are invited to attend - Registration opens in January**

Conference Working Group is seeking –
- **Alumni to join the planning efforts**
- **Panelists for the conference on topics like**
    - **Work-Life Balance**
    - **Mental Wellbeing**
    - **Salary & Contract Negotiations**
    - **Cutting-edge trends in Maritime**
    - **And more**

Contact Vineeta Dhillon at 707-718-0707 or vdhillon@csum.edu



CAL MARITIME

---

**Vineeta Dhillon** likes this                                            •••

**Women Offshore**

19,351 followers

3mo · 🌐

**+ Follow**

"I am sponsored by The Port of London Authority and Trinity House. I am currently on the Royal Research Ship Sir David Attenborough. I am the first female deck cadet to ever work onboard. I am in love with this boat and love what I do!" - Scarlett

Scarlett Barnett-Smith is a Deck Cadet in the Merchant Navy from (Uk)England 🚩.

Want to be featured? Send us a DM of a quote on why you love your job offshore along with your title and country you are from!

#offshorelife #offshore #offshoresurvey #surveyor #offshorework #womenoffshore #maritimeworkers #shipinsight



Vineeta Dhillon reposted this



Ally Cedeno (She/Her) • 3rd+
Founder & President of Women Offshore | HR Professional | DEIB Strategist in Ma...
3mo • 🌐

The **Houston Business Journal** Women Who Mean Business Awards have been announced, and I am so honored to be one of the "Women to Watch" for my work at **Women Offshore**! Four years ago I moved to Houston to strategica  ...see more







Lived Experiences Around Abortion



Vineeta Dhillon • 3rd+   **+ Follow**   •••
Director, New Student & Parent Programs at California State...
9mo • 🌐



Saba Ali FRSA • 3rd+                        **+ Follow**
Gender Equity and Voice of the Voiceless
9mo • Edited • 🌐

Why NOT to use 'Womxn'.

Trans and Non-Binary women are WOMEN, not womxn.          ...see more

# Why 'Womxn' Isn't an Inclusive Term

@sabacelebritypa



**Vineeta Dhillon** • 3rd+

Director, New Student & Parent Programs at California State...

9mo • 🌐

+ Follow

⋯



**Tosca Pinder** • 3rd+

Partner to the maritime industry | helping businesses navigate th...

9mo • 🌐

+ Follow

May 18 marks the International Day for Women in Maritime - a day our community comes together to recognize and acknowledge the women who work in maritime.        ...see more



International Day for Women in Maritime 2022

imo.org • 3 min read



**Vineeta Dhillon** • 3rd+  + Follow  •••
Director, New Student & Parent Programs at California State...
9mo • 🌐



**Women Offshore**  + Follow
19,351 followers
10mo • 🌐

Captain Anne McIntyre is a trailblazer who became a pilot in her career and went on to accomplish even more. She graduated from the California Maritime Academy and has since gone on to speak at various conferences an  ...see more





**Vineeta Dhillon** • 3rd+                                    + Follow   •••
Director, New Student & Parent Programs at California State...
10mo • 🌐

**Women Offshore**
19,352 followers                                         + Follow
10mo • 🌐

Hey Everyone! Ally Cedeno here. I'm the founder of Women Offshore and have
worked at sea for over a decade.

Pictured here is a photo of me recently on hitch. Working offshore has been a
challenging career but also a rewarding one, and if you're looking to get into
the maritime or offshore energy industries, life will certainly be adventurous for
you!

At Women Offshore, we propel women+ into meaningful careers, and on the
agenda soon is our FREE Virtual Career Day! Join us May 6th to network with
companies and leverage yourself in the job application process for success!
Registration is now open, and again, it's free! Link below!

https://lnkd.in/eqB-XWPJ

Thanks to Christine MacMillan and Cassi Laskowski at Women Offshore for
planning this event, and special thanks to our sponsors, Transocean, Noble,
Chevron, Crowley and Puget Sound Pilots for their support!

Hope to see you on our platform on May 6th!

#virtualcareerday #womenoffshore #maritimecareers
#womenoffshorecareerday #womeninmaritime

 **Vineeta Dhillon** celebrates this

...

 **Dr. Helen Krug von Nidda** • 3rd+
Founder & Chief Executive Optimist | Executive Career Coach | Spea...        **+ Follow**
11mo • 🌐

Surround Yourself With an Encouraging Community
It was an absolute honour to be Opening Speaker at the Women in Maritime
Leadership Conference at Cal Maritime earlier this month and have the
opportunity to meet so many women working in historically non-traditional and
male-dominated career fields. Courageous, bold, and committed to their
profession — each and every one of them. This year's conference theme was
Grow, Transform, Lead, and I shared my research findings on how women make
the move to finding career fulfillment. One important (and oft overlooked)
element is to actively surround yourself with an encouraging community, which
these bold women are certainly doing as they work to tackle injustices within the
industry. Thank you **Vineeta Dhillon David Taliaferro (he/him)** and team at Cal
Maritime for the opportunity to be a part of this transformative conference.

**#womeninleadership #womenempowerment #careercoaching #leadership
#coaching**

 **Vineeta Dhillon** • 3rd+                          **+ Follow**    ...
Director, New Student & Parent Programs at California State...
11mo • 🌐

 **Elizabeth Trayner, Ed. D. (She, her, hers)** • 3rd+
Seasoned Higher Education Professional                              **+ Follow**
11mo • 🌐

So glad to see that the Violence Against Women Act (VAWA) was finally
renewed!!



**Congress Finally Renews The Violence Against Women Act**
huffpost.com • 4 min read

 Vineeta Dhillon likes this

•••

 Elizabeth Marami • 3rd+

+ Follow

Chief Officer Unlimited/Master3000GT (UK) | 1st officer at Celebrity ...
11mo • Edited • 🌐

If you told me, years back as we fought for equality, I'll work on a bridge team not just made of women but women who transcend from different continents, it would have seemed like a far fetched dream.          ...see more



 Vineeta Dhillon likes this

· · ·

 **Kate Bollanou, M.Sc. GR PH GB** · 3rd+
Intercultural Communication & Behaviour Trainer | Helping maritim...
11mo · Edited · 🌐

**+ Follow**

⚓ Truly humbled to have been interviewed by **The Manila Times** on time for International Women's Day!

Thank you, **Yashika Torib** and **Carmela Huelar** for the honour 

Link to the article is in the comments below 👇

**#filipino #greek #interculturalcommunication #seafarers #shippingindustry #maritimeindustry #womeninmaritime #womeninshipping**



Vineeta Dhillon likes this

· · ·

**Washington Maritime Blue**
2,385 followers
11mo · Edited · 🌐

**+ Follow**

Happy Tuesday!
As well as Happy Women's History Month and International Women's Day!
Washington Maritime Blue is an organization that supports all women  ...see more

 Vineeta Dhillon likes this

• • •

 **Industrial Platform**
198,733 followers
1yr • 🌐

+ Follow

Ukrainian woman at war
We support you.
Every like is for support.



 Vineeta Dhillon liked Sheri Tonn's comment on this · · ·

 Vineeta Dhillon · 3rd+
Director, New Student & Parent Programs at California State Univer...
11mo · 🌐                                                       + Follow

#internationalwomensday2022 #breakthebias



Vineeta Dhillon · 3rd+                              + Follow   · · ·
Director, New Student & Parent Programs at California State...
11mo · 🌐

 Matson, Inc.
Matson.  10,587 followers                             + Follow
11mo · 🌐

Today is International Woman's Day.

This is Captain Lynn Korwatch, the first woman to ever captain a U.S.-flagged commercial vessel. That vessel was Matson's SS Maui.

Capt. Korwatch was a member of the first class to include women at the California Maritime Academy in Vallejo, Calif. She graduated in 1976 with a third mate's license and went to sea mostly as a deck officer with Matson out of San Francisco Bay.

In 1988, Korwatch was offered command of Matson's containership SS Maui, which sailed Oakland to Hawaii roundtrip. Though eight months pregnant and with no doctor on board, she seized the opportunity and became the first woman to command a merchant ship under the American flag.

Capt. Korwatch later became manager of marine operations for Matson, where she was instrumental in creating our "Zero Garbage Discharge Program," the first of its kind, now known as our Zero Solid Waste Policy.

We salute you, Capt. Korwatch.

 Vineeta Dhillon commented on this                    •••

 **Bettina Deynes, SHRM-SCP (she/her/hers)** • 3rd+
Global Chief Human Resources Officer at Carnival Corporation
1yr • 🌐                                                    **+ Follow**

Truly honored, inspired and humbled... any recognition is best received when it
can be shared with those who are part of the journey. A huge thank you to the
National Women's Conference for this prestigious recognition!          ...see more



 **Vineeta Dhillon** • 3rd+                          **+ Follow** •••
Director, New Student & Parent Programs at California State...
1yr • 🌐

 **The Female Lead**
3,544,626 followers                                          **+ Follow**
1yr • 🌐

"So when a Black female athlete like Biles takes visible steps to safeguard her
own mental and physical health, to indicate that it's worth protecting, that
action carries a special power." Congratulations to Simone Biles who ...see more



**Simone Biles Is TIME's 2021 Athlete of the Year**
time.com • 10 min read



Vineeta Dhillon • 3rd+       + Follow   ···
Director, New Student & Parent Programs at California State...
1yr • 🌐



Washington State Board of Pilotage Commissioners
321 followers                              + Follow
1yr • 🌐

Happy to see our state's diversifying maritime industry in the spotlight!
#maritime #diversityinmaritime #pilotage #pacificnorthwest
#pugetsoundpilots #portofgraysharbor



Washington's maritime industry is pushing to be more inclusive, welcoming.
Hear the journeys of women who thrive on the water.

 **Vineeta Dhillon** supports this



**Elizabeth 'Bets' McNie** • 3rd+

Associate Professor of Marine Transportation at California State Uni...

1yr • 🌐

**+ Follow**

Hi folks, I have a very personal and important op-ed in gCaptain right now. It's imperative that we do what needs to be done to make seafaring safer for women. Please read and share.



Op-Ed: Midshipman X is Not Alone

gcaptain.com • 4 min read



**Vineeta Dhillon** • 3rd+

Director, New Student & Parent Programs at California State...

1yr • 🌐

**+ Follow**   • • •



**Women Offshore**

19,352 followers

1yr • 🌐

**+ Follow**

Content Warning: sexual assault, sexual harassment, rape

In the wake of reports of sexual assault and rape in the maritime industry, particularly the account of Midshipman X, industry leaders, academic leaders, and government officials are rightfully asking what they should do to shift the tides of culture within their organizations and institutions. The jarring account of one individual brought on a crashing wave of shared experiences and accounts spanning the spectrum of trauma, much of it previously held tightly private due to the fear of retribution or feelings of shame that all too often accompany such experiences.

Here at Women Offshore, we have been overwhelmed by the response. We've had survivors reaching out to us to share their stories, institutions reaching out to us to seek advice, and concerned individuals in positions of power who want to know what they should do.

And fundamentally, as a grassroots 501(c)3 organization comprised of volunteers from these very industries, we can offer our insights from a place of lived experience, and we can share what we've gleaned from the thriving community that we've built. We are not experts in sexual assault, though many of us have experienced it first hand. We are not executives of large companies who are tasked with, and compensated for, steering strategy and culture. And we are not consultants who provide expert services in exchange for fees. We are humans working for change alongside careers and families, motivated by our belief in the mission of Women Offshore and a desire to serve our community of women on the water. We want the voices of marginalized groups to be sought out and heard, and we recognize that in times of reckoning, it can be tempting to turn to the affected groups to carry out the labor, emotional and otherwise, in order to solve deep seated issues of culture and accountability. We ask you to resist that urge. We desire sustainable change, and we need the commitment of management, decision makers, and onboard leadership to make it happen.

With the existing bandwidth that we have, we are prioritizing the wellbeing of our community and working to maximize access to the resources we can make available through our platforms. We can share our insights. You can elevate and amplify our voices. Ultimately, the responsibility for change falls to those who hold institutional power.

So, if you are in a position of power within a company, within academia, or within government, we invite you to start here. Do the homework and the introspection that will enable you to have a much more robust, in-depth and productive conversation about what you are going to do to ensure change.

 Vineeta Dhillon likes this
···

 **Women Offshore**
19,352 followers
1yr · 🌐

+ **Follow**

"Why did you choose such a specialty?"
"This job is not for women"
"How can you live and work among 22 men for six months?"
"They don't bother you there?"
"Go home, have a baby and cook borscht"

For many years now I have been answering the same questions and commenting on similar stereotypes. I struggle with narrow-minded thinking, proving to everyone that some of the common opinions aren't always true.

I'll tell you this: "everyone chooses for himself." And although sometimes I wonder if I made the right choice by submitting documents to the Maritime Academy, for the most part I love what I do even though I'm not yet where I want to be.

P.S. And yes, I have no problem on board. I am lucky, I always work in wonderful crews. Many of these guys become real friends. Because I know how to love and appreciate people. And they - me.

Featuring @katusha_reshetnikova

#womenoffshore #shefarers #womensailors#womanatsea #womanpower #empoweredwomenempowerwomen #offshorelife #offshoreelas #womenofficer #womenoffshoreunite#womenmaritime #womenoffshorecommunity