UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIC JAMES BAGNALL,<br>individually, and as Administrator of the<br>ESTATE OF CAMREN MCKAY BAGNALL<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY<br>MARITIME, VINEETA DHILLON, LILLIAN<br>GREGG, JOHN DOES 1- 10 (fictitious names),<br>and ABC ENTITIES 1-10 (fictitious entities),<br><br>Defendants. | Civil Action No.: 3:23-cv-00159-KAD<br><br>**STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO EASTERN DISTRICT OF CALIFORNIA**<br><br>Hon. Kari A. Dooley |

Pursuant to 28 U.S.C. § 1404(a), Defendants the Board of Trustees of the California State University ("CSU") and Vineeta Dhillon, and Plaintiff Eric James Bagnall ("Plaintiff") respectfully request for the reasons stated herein that this Court approve this Stipulation and [Proposed] Order to:

1. Transfer the above-captioned action to the United States District Court for the Eastern District of California;

2. Direct Plaintiff to file a Second Amended Complaint correctly identifying Defendant CSU as "the Board of Trustees of the California State University" 30 days after the case is docketed in Eastern District of California; and

3. Extend the deadline for Defendants CSU and Dhillon to file a response to Plaintiff's Complaint until 30 days after Plaintiff files a Second Amended Complaint.

## RECITALS

WHEREAS, the above-captioned action was filed on February 8, 2023 in this Court;

WHEREAS, Plaintiff filed his Amended Complaint in this action on February 21, 2023;

WHEREAS, although Plaintiff's complaint names as a defendant "California State University Maritime," the California State University is governed by the Board of Trustees of the California State University, which is the only proper entity to be named in a civil suit;

WHEREAS, Defendant CSU is a university with its principal place of business in Long Beach, California;

WHEREAS, Defendant Dhillon is a citizen and resident of California;

WHEREAS, Plaintiff is a former citizen and resident of Connecticut;

WHEREAS, the events giving rise to Plaintiff's claims took place at CSU's Maritime campus in Vallejo, California;

WHEREAS, this action could have been brought in the Eastern District of California under 28 U.S.C. § 1391(b)(2);

WHEREAS, Defendants believe venue is improper in the District of Connecticut and that transfer is appropriate pursuant to 28 U.S.C. § 1406;

WHEREAS, the Parties agree that transfer is proper under 28 U.S.C. § 1404(a) because this action could have been properly brought in the Eastern District of California, and transfer to the Eastern District of California is convenient for the parties and witnesses and in the interest of justice;[1]

WHEREAS, the Parties wish to transfer venue of this case to the Eastern District of California without incurring additional attorneys' fees and costs through further briefing and argument of a motion; and

WHEREAS, Plaintiff intends to file a Second Amended Complaint once the case is

---

[1] CSU does not consent to suit in any federal court by filing this Joint Stipulation and expressly reserves all applicable defenses and immunities available to it, including, but not limited to, Eleventh Amendment immunity.

2

transferred to the Eastern District of California correctly identifying the Board of Trustees of the California State University as the proper defendant.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Venue is proper in and this case should be transferred to the United States District Court for the Eastern District of California;

2. Plaintiff's deadline to file a Second Amended Complaint in the Eastern District of California is 30 days after the case is docketed in the Eastern District of California; and

3. The time for Defendants CSU and Dhillon to respond is stayed until 30 days after Plaintiff files his Second Amended Complaint.

**IT IS SO STIPULATED AND AGREED.**

Dated:  July 21, 2023                         Respectfully submitted,

                                              By: /s/ Leah Godesky
                                              Leah Godesky (Connecticut #430522)
                                              O'MELVENY & MYERS LLP
                                              7 Times Square
                                              New York, NY 10036
                                              T: (212) 326-2000
                                              F: (212) 326-2061
                                              lgodesky@omm.com

                                              *Attorney for Defendants the Board of Trustees of the California State University and Vineeta Dhillon*

Dated:  July 21, 2023          By:   */s/ Ryan A. O'Neill*
                                                      Ryan A. O'Neill (Connecticut #28345)
                                                      LAW OFFICES OF MARK SHERMAN, LLC
                                                      29 Fifth Street
                                                      Stamford, CT 06905
                                                      T: (203) 358-4700
                                                      F: (203) 325-9478
                                                      ryan@markshermanlaw.com

                                                      _____
                                                      Joseph Cannizzo Jr., Esquire
                                                      AL State Bar No. 3584O57X
                                                      (*Admitted Pro Hac Vice*)
                                                      LENTO LAW GROUP, P.C.
                                                      1 Chase Corporate Center, Suite 400
                                                      Birmingham, AL, 35244
                                                      T: (385) 485-0600 | F: (313) 992-1122
                                                      jcannizzo@lentolawgroup.com

                                                      *Attorneys for Plaintiff Eric Bagnall*

4

**[PROPOSED] ORDER**

The above stipulation having been considered and good cause appearing, THE COURT ORDERS AS FOLLOWS:

1.      Venue is proper in and this case should be transferred to the United States District Court for the Eastern District of California;

2.      Plaintiff's deadline to file a Second Amended Complaint in the Eastern District of California is 30 days after the case is docketed in the Eastern District of California; and

3.      The time for Defendants CSU and Dhillon to respond is stayed until 30 days after Plaintiff files his Second Amended Complaint.

**IT IS SO ORDERED.**

Date: _____                                           _____

                                                                                                       Hon. Kari A. Dooley

## CERTIFICATE OF SERVICE

  I hereby certify that on July 21, 2023, a copy of the foregoing stipulation and proposed order was filed electronically. Notice of this filing will be sent by e-mail to all parties who have appeared in this action by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF System.

               */s/ Leah Godesky*
               *Attorney for Defendants the Board of*
               *Trustees of the California State University*
               *and Vineeta Dhillon*