# PEIRCE & SALVATO PLLC
ATTORNEYS AT LAW
8 COTTAGE PLACE
WHITE PLAINS, NEW YORK  10601
(914) 946-8200

ROBERT A. PEIRCE
RICHARD A. SALVATO*
MARC A. ROUSSEAU*
MATTHEW D. PFALZER
KELLY M. ZIC
JEFFREY T. BEAUCHESNE

KIMBERLY C. SHEEHAN
OF COUNSEL

CONNECTICUT OFFICE
500 West Putnam Avenue, Suite 400
Greenwich, Connecticut 06830

OHIO OFFICE
600 Superior Avenue East, Suite 1300
PMB # 13370
Cleveland, Ohio 44114

MAIL TO WHITE PLAINS ADDRESS ONLY

JENNIFER M. LANNI**
DANIEL T. HUGHES*
ROLAND T. KOKE
J. MARK LACZEWSKI*
MICHAEL J. CLEMENTE*
MICHAEL P. GINTY***
ANNE P. EDELMAN
* Admitted in Connecticut
** Admitted in New Jersey
*** Admitted in Ohio

July 19, 2023

**VIA PACER & EMAIL**

RE:  Bagnall v. California State University Maritime et al.
     Civil Action No.: 3:23-cv-00159-KAD

Dear Honorable Judge Dooley,

Please allow this correspondence to serve as a letter request on behalf of Lillian Gregg.

In this action the Statute of Limitations has expired, as has the time for my client to be served. The Amended Complaint was filed on February 21, 2023. Ninety (90) days from said filing would have been on or about May 22, 2023. It is now July 24, 2023 more than sixty (60) days since the time to serve my client expired.

Furthermore, it appears the co-defendants and plaintiff have agreed to move the action to California, without any input from our client, who has not been served in this litigation. As such, in an effort to avoid unnecessary motion costs for our twenty-two (22) year old client, we would ask that the Court, upon notice to the plaintiff, *sua sponte* dismiss this action as against Lillian Gregg and remove her name from the caption before the transfer of the case to the Federal Court in California.

We would further request an order be entered, either replacing her name with a pseudonym or removing her name altogether from the pleadings.

Thank you for your time and help with this matter.

Very truly yours,

*Robert A. Peirce*
Robert A Peirce